Joya Manjur (CA Bar No. 348160)
Elena Saxonhouse (CA Bar No. 235139)
Andrea Issod (CA Bar No. 230920)
Sierra Club Environmental Law Program
2101 Webster Street, Suite 1300
Oakland, CA 94612
joya.manjur@sierraclub.org
elena.saxonhouse@sierraclub.org
andrea.issod@sierraclub.org
Telephone: (415) 977-9638
*Attorneys for Plaintiff Sierra Club*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SIERRA CLUB,<br><br>　　　Plaintiff,<br><br>vs.<br><br>OFFICE OF MANAGEMENT AND BUDGET,<br><br>　　　Defendant. | Case No. 4:25-cv-05732<br><br>**CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

**CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: July 8, 2025.

Respectfully submitted,

*/s/ Joya Manjur*
Joya Manjur (CA Bar No. 348160)
Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94612
joya.manjur@sierraclub.org
Telephone: (415) 977-5638

Elena Saxonhouse (CA Bar No. 235139)
Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94612
elena.saxonhouse@sierraclub.org
Telephone: (415) 977-5765

Andrea Issod (CA Bar No. 230920)
Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94612
andrea.issod@sierraclub.org
Telephone: (415) 977-5544

*Attorneys for Plaintiff Sierra Club*

CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS