1   CRAIG H. MISSAKIAN (CABN 125202)
    United States Attorney
2   PAMELA T. JOHANN (CABN 145558)
    Chief, Civil Division
3   SARAH E. BALKISSOON (CABN 327066)
    Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
6       FAX: (415) 436-7234
        sarah.balkissoon@usdoj.gov
7
8   *Attorneys for Defendant*

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12  SIERRA CLUB,                          Case No. 3:25-cv-05732-LJC

13          Plaintiff,                    **STIPULATION AND ORDER TO CONTINUE
                                          INITIAL CASE MANAGEMENT
14      v.                                CONFERENCE**

15  OFFICE OF MANAGEMENT AND
    BUDGET,
16
            Defendant.
17

18          WHEREAS, Plaintiff filed the complaint initiating this action on July 8, 2025 (Dkt. No. 1);

19          WHEREAS, Defendant filed an answer to the complaint on August 14, 2025 (Dkt. No. 13);

20          WHEREAS, on September 2, 2025, this case was assigned to a new Assistant United States

21  Attorney, Sarah E. Balkissoon, as counsel for the Defendant;

22          WHEREAS, the initial case management conference is scheduled for October 9, 2025, at 1:30 pm;

23          WHEREAS, Defendant's new counsel requires additional time to review the case materials before

24  participating in the case management conference; and

25          WHEREAS, this is the parties' first extension.

26

27

28

STIPULATION AND  ORDER TO CONTINUE CMC CASE NO.
3:25-CV-05732-LJC                    1

1    IT IS HEREBY STIPULATED, by the parties to the above-captioned action:

2        1.   Subject to the Court's approval, the case management conference and related deadlines

3             should be continued twenty-one (21) days. The case management conference should be

4             scheduled for October 30, 2025, at 1:30 pm.

5    DATED:  September 17, 2025              Respectfully submitted,[1]

6

7                                           CRAIG H. MISSAKIAN
                                            United States Attorney

8                                           */s/ Sarah E. Balkissoon*
9                                           SARAH E. BALKISSOON
                                            Assistant United States Attorney

10

11                                          *Attorneys for Defendant*

12

13   DATED:  September 17, 2025             */s/ Joya Manjur*

14

15                                          Andrea S. Issod (CABN 230920)
                                            Elena Kathryn Saxonhouse (CABN 235139)
16                                          Joya Manjur (CABN 348160)
                                            Sierra Club Environmental Law Program
17                                          2101 Webster Street, Suite 1300
                                            Oakland, CA 94612
18                                          Telephone: (415) 977-5544
                                            Telephone: (415) 977-5765
19                                          Telephone: (510) 221-6342
                                            Email: andrea.issod@sierraclub.org
20                                          Email: elena.saxonhouse@sierraclub.org
21                                          Email: joya.manjur@sierraclub.org

22                                          *Attorneys for Plaintiff*

23

24

25

26

27
_____
28   [1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all
     signatories listed herein concur in the filing of this document.

STIPULATION AND ORDER TO CONTINUE CMC
CASE NO. 3:25-CV-05732-LJC              2

1

2                                    **ORDER**

3          Pursuant to the parties' stipulation, the case management conference and related deadlines are

4    continued twenty-one (21) days. The case management conference is scheduled for October 30, 2025, at

5    1:30 pm.

6          IT IS SO ORDERED.

7    Dated: September 17, 2025

8                                                         THE HONORABLE LISA J. CISNEROS

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER TO CONTINUE CMC CASE NO.
3:25-CV-05732-LJC