1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  SARAH E. BALKISSOON (CABN 327066)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-6474
6      Facsimile: (415) 436-6748
       sarah.balkissoon@usdoj.gov
7
   Attorneys for Defendant
8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                          SAN FRANCISCO DIVISION

12

13 SIERRA CLUB,                        Case No. 3:25-cv-05732-LJC

14         Plaintiff,                  **STIPULATION REGARDING CASE
                                       SCHEDULE;**
15      v.                             **[PROPOSED] ORDER**

16 OFFICE OF MANAGEMENT AND
   BUDGET,
17
           Defendant.
18

19     On October 7, 2025, the court stayed this action pending restoration of government funding. Dkt.

20 No. 20. Government funding has been restored. Subject to the Court's approval, the parties hereby

21 stipulate as follows:

22     1.   The stay should be lifted.

23     2.   The parties agree that initial disclosures are unnecessary, because this is a FOIA case.

24     3.   The initial case management conference should be continued from Thursday, October 30,

25 2025, at 1:30 p.m. to Thursday, December 18, 2025, at 1:30 p.m. Deadlines related to the case

26 management conference should be adjusted accordingly.

27     IT IS SO STIPULATED.

28

STIPULATION AND [PROPOSED] ORDER
Case No. 3:25-cv-05732-LJC                  1

DATED:  November 19, 2025          Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Sarah E. Balkissoon*
SARAH E. BALKISSOON
Assistant United States Attorney

Attorneys for Defendant

DATED: November 19, 2025

*/s/ Joya Manjur*
JOYA MANJUR

Andrea S. Issod (CABN 230920)
Elena Kathryn Saxonhouse (CABN 235139)
Joya Manjur (CABN 348160)
Sierra Club Environmental Law Program
2101 Webster Street, Suite 1300
Oakland, CA 94612
Telephone: (415) 977-5544
Telephone: (415) 977-5765
Telephone: (510) 221-6342
Email: andrea.issod@sierraclub.org
Email: elena.saxonhouse@sierraclub.org
Email: joya.manjur@sierraclub.org

Attorneys for Plaintiff

---

[1] In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

STIPULATION AND [PROPOSED] ORDER
Case No. 3:25-cv-05732-LJC         2

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS HEREBY ORDERED THAT:

1. The stay is LIFTED.

2. The parties agree that initial disclosures are unnecessary, because this is a FOIA case.

3. The initial case management conference is continued from Thursday, October 30, 2025, at 1:30 p.m. to Thursday, December 18, 2025, at 1:30 p.m. Deadlines related to the case management conference should be adjusted accordingly.

IT IS SO ORDERED.

DATED:

                                                      The Honorable Lisa J. Cisneros