1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  SARAH E. BALKISSOON (CABN 327066)
   Assistant United States Attorney
4
5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
        Telephone: (415) 436-6474
6       Facsimile: (415) 436-6748
        sarah.balkissoon@usdoj.gov
7
   Attorneys for Defendant
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12
   SIERRA CLUB,                          Case No. 3:25-cv-05732-LJC
13
        Plaintiff,                       **STIPULATION REGARDING CASE
14                                       SCHEDULE;**
                                         **[PROPOSED] ORDER**
15   v.
   OFFICE OF MANAGEMENT AND              GRANTED AS MODIFIED
16 BUDGET,

17      Defendant.

18

19      On October 7, 2025, the court stayed this action pending restoration of government funding. Dkt.

20 No. 20. Government funding has been restored. Subject to the Court's approval, the parties hereby

21 stipulate as follows:

22      1.    The stay should be lifted.

23      2.    The parties agree that initial disclosures are unnecessary, because this is a FOIA case.

24      3.    The initial case management conference should be continued from Thursday, October 30,

25 2025, at 1:30 p.m. to Thursday, December 18, 2025, at 1:30 p.m. Deadlines related to the case

26 management conference should be adjusted accordingly.

27      IT IS SO STIPULATED.

28

STIPULATION AND [PROPOSED] ORDER
Case No. 3:25-cv-05732-LJC                    1

DATED:  November 19, 2025

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Sarah E. Balkissoon*
SARAH E. BALKISSOON
Assistant United States Attorney

Attorneys for Defendant

DATED: November 19, 2025

*/s/ Joya Manjur*
JOYA MANJUR

Andrea S. Issod (CABN 230920)
Elena Kathryn Saxonhouse (CABN 235139)
Joya Manjur (CABN 348160)
Sierra Club Environmental Law Program
2101 Webster Street, Suite 1300
Oakland, CA 94612
Telephone: (415) 977-5544
Telephone: (415) 977-5765
Telephone: (510) 221-6342
Email: andrea.issod@sierraclub.org
Email: elena.saxonhouse@sierraclub.org
Email: joya.manjur@sierraclub.org

Attorneys for Plaintiff

---

[1] In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

STIPULATION AND [PROPOSED] ORDER
Case No. 3:25-cv-05732-LJC                    2

1                               [PROPOSED] ORDER AS MODIFIED

2       Pursuant to stipulation, IT IS HEREBY ORDERED THAT:

3       1.      The stay is LIFTED.

4       2.      The parties agree that initial disclosures are unnecessary, because this is a FOIA case.

5       3.      The initial case management conference is continued from Thursday, October 30, 2025,

6  at 1:30 p.m. to Thursday, December 18, 2025, at ~~1:30 p.m.~~ 10:30 AM. Deadlines related to the case management

7  conference should be adjusted accordingly.

8       IT IS SO ORDERED.

9  DATED: November 19, 2025

10                                                     _____
                                                       The Honorable Lisa J. Cisneros

STIPULATION AND [PROPOSED] ORDER
Case No. 3:25-cv-05732-LJC                    3