CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SARAH E. BALKISSOON (CABN 327066)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6474
Facsimile: (415) 436-6748
sarah.balkissoon@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SIERRA CLUB,

Plaintiff,

v.

OFFICE OF MANAGEMENT AND BUDGET,

Defendant.

Case No. 3:25-cv-05732-LJC

**PROPOSED SCHEDULE**

The Honorable Lisa J Cisneros

Plaintiff Sierra Club ("Plaintiff") and Defendant Office of Management and Budget ("OMB" or "Defendant") (together, the "Parties") submit proposed schedules for Sierra Club's three FOIA requests: Request Nos. 2025-609, 2025-615, and 2025-825. At this stage of the case, the principal dispute between the parties is the processing rate that should be applied to the potentially responsive records located pursuant to Defendant's searches.

To provide context for the proposed schedule and the Parties' respective positions, the Parties have included Defendant's reported search results for each Request.

**1. <u>Search Results for FOIA Request Nos. 2025-609, 2025-615, and 2025-825</u>**

| FOIA Request No. | Search Results |
|---|---|
| 2025-609 | Approximately 4,672 documents (approx. 68,628 pages) |

| | |
|---|---|
| 2025-615 | Approximately 64,000 documents (approx. over 900,000 pages) |
| 2025-825 (A) | Approximately 1,110 documents (approx. 1,500 pages). OMB re-ran the search with the domain-name narrowing suggested by Sierra Club on December 19, 2025. The results of this narrowing is approximately 631 pages. |
| 2025-825 (B) | Defendant initiated a search for records responsive to 2025-825(B) and located 0 responsive records. |
| 2025-825 (C) | Defendant initiated a search for records responsive to 2025-825(C) and located 19 documents that are outside of the legal custody and control of OMB. |

**2. Proposed Schedule**

**Plaintiff's Position and Proposed Schedule**: Sierra Club submitted the three FOIA requests at issue nearly one year ago, in January and February 2025, and filed this lawsuit six months ago, in July 2025, and OMB has yet to produce a single document. Despite multiple meet and confers over several months, OMB only completed initial searches on all three requests after the Court ordered it to do so, ECF No. 26, and it has failed to respond to follow-up questions that Sierra Club sent on January 12th about the search results for Request No. 2025-615 and potential avenues for further narrowing of that request. Given OMB's ongoing delay, Sierra Club proposes the following schedule to ensure that OMB promptly produces responsive documents on the requests or portions thereof that Sierra Club has finished narrowing at this point (Request Nos. 2025-825(A) and 2025-609) and that the Parties timely resolve outstanding issues to facilitate prompt production on the remaining requests.

Pursuant to the Court's January 22, 2026 order, Sierra Club's proposed schedule includes a deadline to conduct a settlement conference; however, if the Court adopts this proposed schedule, Sierra Club respectfully submits that a settlement conference may not be necessary, because the proposed deadlines will keep the Parties working productively toward a timely resolution on narrowing remaining requests and other issues aside from the pace of production. Given the significant distance that remains between the Parties' positions on the pace of production, the Parties likely will require the Court's instruction on that issue.

| Date | Event |
|---|---|
| January 30, 2026 | OMB responds to Sierra Club's January 12th questions on Request No. 2025-615 related to search terms and potential path for narrowing |
| February 19, 2026 | OMB completes its first production of 631 pages (search results after domain-name narrowing) on Request No. 2025-825 Part A. |
| February 25, 2026 | Parties meet and confer re:<br>• Any issues arising from production on Part A of Request No. 2025-825<br>• Adequacy of search, custody/control issues, and potential need for discovery on Parts B and C of Request No. 2025-825<br>• Outstanding questions re narrowing and pace of production on Request No. 2025-615 |
| March 1, 2026 | OMB completes production of remaining 869 pages on Request No. 2025-825 and produces its first rolling production of documents responsive to Request No. 2025-609, at a rate of 400 documents per month. |
| March 11, 2026 | Settlement Conference<br><br>(Note: Plaintiff's counsel is unavailable March 3-7.) |
| March 31, 2026 | Plaintiff (or both parties) file motion(s) for (full or partial) summary judgment if parties are not making progress toward resolution |

In addition to serving FOIA's timeliness mandate, prompt production on Sierra Club's FOIA requests, as outlined in Sierra Club's proposed schedule, will enable Sierra Club to determine, based on the nature and scope of responsive documents it receives, whether it can further narrow its requests to maximize efficiency. The proposed schedule prioritizes production on Request No. 2025-825, because OMB's search returned a relatively small volume of documents (1,100) that should not require significant redactions, as they are external communications. *See* Order Granting Plaintiff's Motion for Partial Summary Judgment & Addressing the Production Schedule, ECF No. 39, *Sierra Club v. Environmental Protection Agency*, Case No.18-cv-03472-EDL (N.D. Cal.) (setting a pace of production of approximately 2,000 documents per month on FOIA requests seeking similar types of documents). In the interest of reviewing responsive documents as soon as possible, Sierra Club proposes an initial pace of production of 400 documents per month on Request 2025-609, but reserves the right to request an increased pace of production after it reviews responsive documents and suggests additional narrowing as

appropriate.

OMB's proposed rate of 400 pages per month falls far shy of FOIA's mandate that the agency promptly produce responsive non-exempt documents, and neither its lack of adequate FOIA staff nor its backlog of requests can excuse OMB's violations of FOIA. *See Fiduccia v. United States DOJ*, 185 F.3d 1035, 1041 (9th Cir. 1999) (noting that "Congress wrote a tough statute on agency delay in FOIA compliance" and that "[t]hough FOIA doubtless poses practical difficulties for federal agencies, federal agencies can educate Congress on the practical problems they have, and attempt to persuade Congress to change the law or provide additional funds to achieve compliance"). OMB has not indicated that it is working to increase its capacity to process FOIA requests as necessary to clear its backlog and fulfill its duties under FOIA, and in fact, it appears that OMB now has several fewer FOIA staff than it did as recently as 2023. *See* Office of Management and Budget, Annual Freedom of Information Act Report for Fiscal Year 2023, available at: https://www.whitehouse.gov/wp-content/uploads/2024/01/Annual-FOIA-Report-for-Fiscal-Year-2023.pdf (listing 9 full-time FOIA staff); *see also* Apr 24, 2025 Minute Order, *Cediel v. United States Department of Health and Human Services et al*, Case No. 24-cv-2289 (D.D.C.) ("It is no excuse--and it will be no excuse--for the agencies to assert that they are now unable to respond to Plaintiff's requests or proposals because they are understaffed. In this respect, the Court is concerned by Defendants' representation that its FOIA staff is decreasing, rather than increasing, in size.") And notably, as explained in Sierra Club's complaint, ECF 1 at ¶¶48, 64, in June 2025, OMB told Sierra Club that Request Nos. 2025-609 and 2025-825, submitted roughly one month apart, were each number 1,390 in OMB's request backlog queue, which calls into question the accuracy of its backlog accounting. The fact that, over six months later, Sierra Club's requests still rank at only 1,350 in the queue, also raises concerns that OMB is not diligently working through the backlog.

**Defendant's Position and Proposed Schedule**: An exhaustive Court-ordered schedule is premature and judicially inefficient given the initial stages of this FOIA lawsuit. For example, to the extent the Court sets deadlines for resolution of withholding disputes following processing (disputes that may never arise) those deadlines may need to be adjusted based on case developments—and to the extent those deadlines are memorialized in a Court-order, the Parties will be forced to adjust those deadlines through Court-ordered stipulations or administrative motions. *See* Civ. L.R. 6-1(b). Indeed, the Parties

are in the process of negotiating the scope of potentially responsive records, which will have significant implications for the required processing duration.

As such, to the extent the Court enters a schedule at this stage of the case, that schedule should be limited to establishing deadlines to resolve the record processing rate issue that is currently before the Court, as follows:

| **Date** | **Event** |
|---|---|
| January 27, 2026 | OMB has begun processing the search results for Request No. 2025-825(A) at a rate of 400 pages per month. |
| January 30 through February 3, 2026 | OMB responds to Sierra Club's questions related to Request No. 2025-615 |
| February 13, 2026 | OMB provides hit counts for Request No. 2025-615 |
| February 17, 2026 | Sierra Club to propose additional narrowing, if any. |
| February 27, 2026 | OMB to complete searches for Request No. 2025-615 (incorporating narrowing proposed by Sierra Club on February 17, 2026). |
| March 6, 2026 | Parties file joint proposed schedule processing of potentially responsive records, with a joint status report due within 30 days of the anticipated completion of processing. |
| March 27, 2026 | OMB produces its first rolling production of documents responsive to Request No. 2025-825(A) |

OMB initially proposed a processing rate of 300 pages per month, which is OMB's standard processing rate. This standard rate capitalizes on OMB's workflow and allows for fair and equitable processing of all OMB FOIA request, of which there are many, and the constraints of reduced OMB staffing. Implementing an extreme page review requirement would divert a disproportionate share of agency resources from responding to a myriad other FOIA requests, to a single FOIA requester: Plaintiff. OMB currently has approximately 2,700 open FOIA requests. There are approximately 1,350 FOIA requests ahead of Sierra Club. In addition to its FOIA backlog, OMB currently has 31 pending FOIA litigations at various stages. OMB presently has three permanent FOIA staff and zero FOIA contractors.

Here, Sierra Club proposes a processing rate of 400 *documents*. However, the search result for

Request No. 2025-609, which is 4,672 documents (approx. 68,628 pages) illustrates how a rate base on number of documents could require the agency to process thousands of pages per month. And Sierra Club has indicated that it wants OMB to process all 68,628 pages, rather than narrow this request.

An extreme and unpredictable processing rate that results in OMB processing above 400 pages per month would allow Sierra Club to jump the queue and monopolize OMB resources that should be equitably distributed to all FOIA requests, including those of equally deserving plaintiffs/requestors who filed requests and/or lawsuits before Sierra Club.

Thus, Defendant respectfully requests that the Court order a processing rate for Request No. 2025-825(A) that takes into account the Agency's other FOIA obligations. OMB proposes a processing rate of 400 pages per month for Request No. 2025-825(A).

DATED: January 27, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Sarah E. Balkissoon*
SARAH E. BALKISSOON
Assistant United States Attorney

Attorneys for Defendant

DATED: January 27, 2026

*/s/ Joya Manjur*
JOYA MANJUR

Andrea S. Issod (CABN 230920)
Elena Kathryn Saxonhouse (CABN 235139)
Joya Manjur (CABN 348160)
Sierra Club Environmental Law Program
2101 Webster Street, Suite 1300

[1] In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

Oakland, CA 94612
Telephone: (415) 977-5544
Telephone: (415) 977-5765
Telephone: (510) 221-6342
Email: andrea.issod@sierraclub.org
Email: elena.saxonhouse@sierraclub.org
Email: joya.manjur@sierraclub.org

Attorneys for Plaintiff