Joya Manjur (CA Bar No. 348160)
Elena Saxonhouse (CA Bar No. 235139)
Andrea Issod (CA Bar No. 230920)
2101 Webster Street, Suite 1300
Oakland, CA 94612
(510) 221-6342
joya.manjur@sierraclub.org
elena.saxonhouse@sierraclub.org
andrea.issod@sierraclub.org

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICE OF MANAGEMENT AND BUDGET,<br><br>    Defendant. | Case No. 3:25-cv-05732-LJC<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>The Honorable Lisa J Cisneros |

WHEREAS, a case management conference is scheduled for March 5, 2026, at 1:30 pm, pursuant to the Court's February 18, 2026 Order, ECF 35;

WHEREAS, Plaintiff's counsel will be unavailable from March 3-7, 2026, as indicated in Plaintiff's proposed schedule, ECF 29 at 3; and

WHEREAS, this is the parties' third stipulation to extend deadlines, *see* ECF 17, 19;

IT IS HEREBY STIPULATED, by the parties to the above-captioned action, subject to the Court's approval:

    1. The case management conference should be continued seven (7) days. The case management conference should be scheduled for March 12, 2026, at 1:30 pm.

STIPULATION AND ORDER TO CONTINUE CMC Case No.
3:25-cv-05732-LJC             1

2. The deadline for the parties to file a joint case management statement should be continued four (4) days. The parties shall file a joint case management statement no later than March 2, 2026.

DATED: February 24, 2026

Respectfully submitted,[1]

/s/ Joya Manjur
Joya Manjur
Elena Saxonhouse
Andrea Issod
Sierra Club Environmental Law Program

*Attorneys for Plaintiff*

DATED: February 24, 2026

/s/ Sarah E. Balkissoon
Sarah E. Balkissoon

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SARAH E. BALKISSOON (CABN 327066)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-7234
sarah.balkissoon@usdoj.gov

*Attorneys for Defendant*

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

STIPULATION AND ORDER TO CONTINUE CMC
Case No. 3:25-cv-05732-LJC                    2

**ORDER**

Pursuant to the parties' stipulation, the case management conference is continued seven (7) days, and the deadline for the parties to file a joint case management statement is continued four (4) days. The case management conference is scheduled for March 12, 2026, at 1:30 pm. The parties shall file a joint case management statement no later than March 2, 2026.

IT IS SO ORDERED.

Dated: February 24, 2026

_____

THE HONORABLE LISA J. CISNEROS

STIPULATION AND ORDER TO CONTINUE CMC Case No.
3:25-cv-05732-LJC                    3