UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SIERRA CLUB,

        Plaintiff,

    v.

OFFICE OF MANAGEMENT AND
BUDGET,

        Defendant.

Case No.  25-cv-05732-LJC

**FURTHER SCHEDULING ORDER**

Having considered the parties' written scheduling proposals (ECF No. 38) and positions stated at the March 12, 2026 case management conference, the Court sets the following schedule.

OMB shall provide Sierra Club with a sample of 100 responsive documents and/or list of custodians and/or list of domain names on Request No. 2025-615, to facilitate further narrowing, no later than March 19, 2026.

OMB shall respond to Sierra Club's list of questions related to adequacy of search and custody and control issues on Request No. 2025-825 Parts B and C no later than March 20, 2026.

The parties shall meet and confer to narrow the search terms that they agree are overly broad, and shall file a status report no later than March 23, 2026.

No later than March 27, 2026, OMB shall complete a search for Request No. 2025-615 with narrowed search terms, and propose a production schedule to Sierra Club.

No later than March 31, 2026, the parties shall meet and confer in person or by videoconference to discuss any outstanding issues.

The April 1, 2026 production deadline set by the previous Scheduling Order (ECF No. 30 at 2) is vacated to allow time for the parties' efforts to narrow search terms.  Subsequent monthly production deadlines remain as stated in the Court's previous Scheduling Order unless altered by a

further order of the Court.  The parties may submit a stipulation and proposed order if they agree to a different schedule.

The further case management conference previously set for May 14, 2026 remains on calendar.  *See* ECF No. 30 at 3.  The parties shall file a further case management statement no later than May 7, 2026

The April 28, 2026 deadline previously set for a settlement conference is vacated.  The parties should be prepared to address deadlines for a settlement conference and motions for summary judgment at the May 14, 2026 case management conference.  The referral to Judge Tse remains in effect, and the parties need not wait for this Court to set a new deadline before scheduling a settlement conference (at the convenience of Judge Tse's calendar) if they believe it would be useful.

**IT IS SO ORDERED.**

Dated: March 17, 2026

LISA J. CISNEROS
United States Magistrate Judge

United States District Court
Northern District of California

2