CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SARAH E. BALKISSOON (CABN 327066)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6474
Facsimile: (415) 436-6748
sarah.balkissoon@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SIERRA CLUB,

Plaintiff,

v.

OFFICE OF MANAGEMENT AND BUDGET,

Defendant.

Case No. 3:25-cv-05732-LJC

**JOINT STATUS REPORT**

The Honorable Lisa J Cisneros

In accordance with the Court's March 17, 2026, Further Scheduling Order (Dkt. 422) (the "Order"), Plaintiff Sierra Club ("Plaintiff") and Defendant Office of Management and Budget ("OMB" or "Defendant") (together, the "Parties") jointly submit this status report.

On March 19, 2026, in accordance with the Order, OMB provided Plaintiff a list of the top 20 domain names for Request No. 2025-615. OMB also provided the number of records that hit on each of those listed domain names. OMB provided additional information regarding the custodians that were subject to the search, stating that OMB had run the search on all OMB custodians. OMB stated that the search "result[ed] in an extremely high non-responsiveness rate and [wa]s unworkable" and advised Plaintiff that it was conducting a new search based on Defendant's own revision of the search terms. Defendants provided those revised search terms to Plaintiff on March 23, 2026.

On March 20, 2026, in accordance with the Order, OMB responded to Plaintiff's list of questions related to Request No. 2025-825 Parts B and C. Sierra Club is reviewing OMB's answers and will raise follow-up questions as needed. Sierra Club may seek discovery to resolve factual questions related to the scope and adequacy of the Defendant's searches and whether certain documents identified as responsive are within the legal custody and control of Defendant, if the parties cannot resolve such issues through further informal communications.

Sierra Club asked OMB two questions related to the adequacy of its search on Request No. 2025-825 Part A on March 11, 2025, after reviewing OMB's productions on that part of the request. OMB has not responded to those questions.

On March 23, 2026, in accordance with the Order, OMB provides the following status update:

- **Request No. 2025-609.** As stated at the March 12, 2026, conference, OMB revised the search terms for Request No. 2025-609, and conducted an appropriately tailored search for responsive records. On March 23, 2026, OMB sent Plaintiff the search terms OMB is using for Request No. 2025-609 and the search results. OMB will consider whether to implement any feedback from Plaintiff regarding the adequacy of OMB's search. OMB is on track to produce records responsive to Request No. 2025-609 on May 1, 2026, at the Court-ordered rate of 2000 responsive pages or 400 responsive records per month.[1]

- **Request No. 2025-615.** OMB revised the search for Request No. 2025-615 and is conducting an appropriately tailored search for records responsive to Request No. 2025-615. On March 23, 2026, OMB sent Plaintiff the terms OMB is using for Request No. 2025-615. OMB will consider whether to implement any feedback from Plaintiff regarding the adequacy of OMB's search. OMB is on track to complete its search no later than March 27, 2026.

DATED: March 23, 2026

Respectfully submitted,[2]

CRAIG H. MISSAKIAN
United States Attorney

---

[1] This assertion assumes that the search terms do not change.

[2] In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

*/s/ Sarah E. Balkissoon*
SARAH E. BALKISSOON
Assistant United States Attorney

Attorneys for Defendant

DATED: March 23, 2026

*/s/ Joya Manjur*
JOYA MANJUR

Andrea S. Issod (CABN 230920)
Elena Kathryn Saxonhouse (CABN 235139)
Joya Manjur (CABN 348160)
Sierra Club Environmental Law Program
2101 Webster Street, Suite 1300
Oakland, CA 94612
Telephone: (415) 977-5544
Telephone: (415) 977-5765
Telephone: (510) 221-6342
Email: andrea.issod@sierraclub.org
Email: elena.saxonhouse@sierraclub.org
Email: joya.manjur@sierraclub.org

Attorneys for Plaintiff