UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA CLUB,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OFFICE OF MANAGEMENT AND<br>BUDGET,<br><br>　　　　Defendant. | Case No.  25-cv-05732-LJC<br><br>**CASE MANAGEMENT SCHEDULING<br>ORDER** |

Pursuant to Federal Rule of Civil Procedure 16(b) and Civil Local Rule 16-10, the following deadlines and hearings are ordered:

| | |
|---|---|
| Completion of Defendant's production: | August 3, 2026 |
| Defendant's Motion for Summary Judgment (25 pages): | August 25, 2026 |
| Plaintiff's Opposition and Cross-Motion (25 pages): | September 22, 2026 |
| Defendant's Opposition and Reply: (25 pages): | October 13, 2026 |
| Plaintiff's Reply (15 pages): | October 27, 2026 |
| Hearing, in person in Courtroom G: | Nov. 17, 2026, 10:30 AM |

In the period leading up to the August 3, 2026 deadline for completion of production, Defendant shall produce either at least 2,000 pages or at least 400 documents no later than the first business day of each month, as an aggregate total across all requests.

The parties have indicated that they "anticipate that this action will be resolved by motions without the need for a trial."  ECF No. 44 at 8.  No later than August 11, 2026, the parties shall file either: (1) a stipulation and proposed order indicating that all parties waive any right to live testimony and agree to resolve the case as a trial on the papers, such that the Court may resolve competing inferences or questions of credibility if necessary to adjudicate the case on the

United States District Court
Northern District of California

anticipated motions; or (2) a joint statement that the parties do not so stipulate, in which case the case would proceed to a bench trial if the forthcoming motions for summary judgment do not result in a complete resolution of the case.

**IT IS SO ORDERED.**

Dated: May 15, 2026

LISA J. CISNEROS
United States Magistrate Judge

United States District Court
Northern District of California

2